44 So.2d 771

### Berry W. HODGE v. CITY OF BIRMINGHAM.

#### 6 Div. 17.

Supreme Court of Alabama.
March 2, 1950.

Geo. E. Trawick, of Birmingham, for petitioner.

Chas. H. Brown and J. M. Breckenridge, of Birmingham, opposed.

SIMPSON, Justice.

Petition of Berry W. Hodge for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Hodge v. City of Birmingham, 44 So.2d 770.

Writ denied.

BROWN, FOSTER, LAWSON and STAKELY, JJ., concur.

44 So.2d 770

### H. W. KILGORE v. Woodrow GAMBLE.

#### 6 Div. 934.

Supreme Court of Alabama.
March 2, 1950.

Bankhead, Skinner & Kilgore, of Jasper, for appellant.

J. A. Posey, of Haleyville, for appellee.

SIMPSON, Justice.

The allegations of the bill are in material substance similar to those in Kilgore v. Gamble, ante, p. 334, 44 So.2d 767.

The law there declared in affirming the decree is here governing and on that authority the decree here appealed from is also affirmed.

Affirmed.

BROWN, FOSTER, LAWSON and STAKELY, JJ., concur.